UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21520-CIV-MARTINEZ/BROWN

LORI J. ANTHONY,
    Plaintiff(s),

vs.

HARRY M. ANTHONY, ET AL.,
    Defendant(s).
_____/

### ORDER DENYING MOTION TO COMPEL AND FOR SANCTIONS

This matter is before this Court on the Motion to Compel and for Sanctions (D.E. 79), filed April 27, 2009. The Court has considered the motion and finds no indication of compliance with Local Rule 7.1.A.3.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby Ordered and Adjudged that said motion be and the same is hereby DENIED, without prejudice.

DONE AND ORDERED this 4th day of May, 2009 at Miami, Florida.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Honorable Jose E. Martinez
    Counsel of Record